# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00635-CV

**In re Juan Limas**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Juan Limas has filed a petition for writ of mandamus and prohibition. *See* Tex. R. App. P. 52. Having reviewed relator's assertions, we deny the petition for writ of mandamus and prohibition. *See id.* R. 52.8(a).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Bourland

Filed: October 23, 2015